

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JAMES E. WHITE, IV, Individually and as Beneficiary of the JANE WHITE TRUST; | § | |
| MARTI WHITE WRIGHT, Individually and as a Beneficiary of the JANE WHITE | § | |
| TRUST; and CLINTON WESLEY WHITE, Individually and as a Beneficiary of the | § | |
| JANE WHITE TRUST, by and through his Next Friend, JAMES E. WHITE, IV and | § | No. 08-23-00243-CV |
| JAMES WHITE, III, Individually and as TRUSTEE of the JANE WHITE TRUST, | § | Appeal from the |
| | § | 394th Judicial District Court |
| Appellants, | | |
| v. | § | of Presidio County, Texas |
| EDWARD McMINN WHITE, Individually and as Trustee of the EDWARD McMINN | § | (TC# 7856A) |
| WHITE TRUST, and BEAUREGARD BRITE WHITE, Individually and as Trustee | § | |
| of the BEAUREGARD BRITE WHITE TRUST and SUSAN COMBS, Temporary | § | |
| Interim Trustee of the WHITE DIVISION TRUSTS. | § | |
| | § | |
| Appellees. | | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings in accordance with this Court's opinion. We further order that each party pay their own costs of this appeal, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 19TH DAY OF DECEMBER 2024.

LISA J. SOTO, Justice

Before Alley, C.J., Palafox and Soto, JJ.